An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, N.A., A
NATIONAL ASSOCIATION,

          Appellant,

vs.

CHRISTOPHER ERICKSON, AN
INDIVIDUAL,

          Respondent.

No. 66277

**FILED**

MAY 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Kathleen E. Delaney, District Judge
      Robert F. Saint-Aubin, Settlement Judge
      Tiffany & Bosco, P. A.
      Crystal L. Eller
      Eighth District Court Clerk

---

[1]Given this dismissal, appellant's motion for stay pending appeal and emergency motion to quash writ of execution are denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-15241